IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD DELAHOUSSAYE, | 1:07-cv-01296 GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OBJECTIONS |
| vs. | TO FINDINGS AND RECOMMENDATIONS |
| D. PEAR, et al., | (DOCUMENT #13) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2007, plaintiff filed a motion to extend time to file Objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Objections to Findings and Recommendations.

IT IS SO ORDERED.

**Dated: January 11, 2008**       /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE