# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DELAHOUSSAYE, | CASE NO. 1:07-cv-01296-LJO-GSA PC |
| Plaintiff, | ORDER STRIKING PROPOSED ORDER TO SHOW CAUSE WHY AN INJUNCTION SHOULD NOT BE ISSUED |
| v. | |
| D. PEAR, et al., | (Doc. 14) |
| Defendants. | |

Plaintiff Brad Delahoussaye ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 7, 2007, plaintiff filed a proposed order to show cause why an injunction should not be issued. The proposed order was not accompanied by a notice of motion and motion, and is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   February 27, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1